# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff** : | |
| v. : | |
| : | **CASE NO. 25-MJ-00378** |
| **J. Jesus ESPINOZA-MEDINA,** : | |
| : | |
| : | |
| **Defendant.** : | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States of America, by and through its undersigned attorney, and moves for the pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the Motion, the United States alleges the following:

1. **Eligibility of Case**. Pursuant to 18 U.S.C. § 3142(f), this case is eligible for a detention order because it involves:

    ☐ Crime of violence (18 U.S.C. § 3156)

    ☐ Maximum sentence life imprisonment or death

    ☐ A drug offense punishable by 10 years or more

    ☐ Felony, with two prior convictions in above categories

    ☐ Minor victim

    ☐ Possession/use of firearm, destructive device, or dangerous weapon

    ☐ Failure to register under 18 U.S.C. § 2250

    ☑ Serious risk that Defendant will flee

    ☐ Serious risk of obstruction of justice

2. **Reason For Detention**.  The Court should detain Defendant because there are no conditions of release which will reasonably assure (**select all that apply**):

☑ Defendant's appearance as required;

☐ Safety of any other person and the community.

3. **Time For Detention Hearing**.  The United States requests the Court conduct the detention hearing,

☐ At first appearance;

☑ After continuance of ___3___ days (not more than 3).

4. **Rebuttable Presumption**.

☐ In this case, there is a rebuttable presumption that the defendant should be detained pursuant to § 3142(e) because (**if applicable, check any that apply**):

☐ There is probable cause to believe Defendant committed 10+ year drug offense, an offense under § 924(c), or another offense set forth at § 3142(e)(3);

☐ The case is eligible pursuant to the criteria set forth at § 3142(e)(2), which requires a prior conviction for an eligible offense committed while on pretrial bond.

5. **Temporary Detention**.

☐ The United States requests the temporary detention of the Defendant under 18 U.S.C. § 3142(d) for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**if applicable, check B or C**):

A.   The Defendant may flee or pose a danger to another person in the community; and

    B.    ☐ At the time the offense was committed, the Defendant was: (1) on release pending trial for a felony; (2) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense; or (3) on probation or parole for an offense.

    C.    ☐ The Defendant is not a U.S. citizen or lawfully admitted permanent resident.

6. **Immigration Status**.

☒ The Defendant is not a citizen of the U.S. or lawfully admitted for permanent residence and is removable from the United States, and therefore is subject to arrest by an ICE officer should he/she be released from custody. Additionally, the Defendant has a criminal arrest/conviction and removal/deportation history.

DATED: July 10, 2025

Respectfully submitted,

DYLAN J. STEINBERG
ACTING UNITED STATES ATTORNEY

BY: */s/ Dante S. Pavan*
Dante S. Pavan
Assistant United States Attorney